IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAMELA K. ALEXANDER, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil No. 3:07-CV-1749-K |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, Plaintiff's *Motion for Summary Judgment*, filed January 31, 2008, is hereby **DENIED**. *Commissioner's Motion for Summary Judgment*, filed March 31, 1008, is hereby **GRANTED**. Plaintiff's Objections to the Findings, Conclusions, and Recommendation of the Magistrate Judge, filed on October 28, 2008, are hereby **OVERRULED**.

SO ORDERED.

Signed October 30th, 2008.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE